| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Millett, Patricia A. | 2. Court or Organization United States Court of Appeals for the District of Columbia | 3. Date of Report 06/04/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge | 5a. Report Type (check appropriate type) ☑ Nomination Date 06/04/2013 ☐ Initial ☐ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 05/17/2013 |
| 7. Chambers or Office Address 1333 New Hampshire Avenue, N.W. Washington. DC 20036 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Akin Gump Strauss Hauer & Feld LLP |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/25/2007 | Akin Gump Strauss Hauer & Feld LLP 401(k) Profit Sharing Plan |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Akin Gump Strauss Hauer & Feld LLP - salary | $992,608.00 |
| 2. | 2012 | Akin Gump Strauss Hauer & Feld LLP - salary | $1,073,526.25 |
| 3. | 2013 | Akin Gump Strauss Hauer & Feld LLP - salary | $369,843.60 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *if you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Florida Sugar Cane League, Inc. - spouse's salary |
| 2. | 2013 | Florida Sugar Cane League, Inc. - spouse's salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

# FINANCIAL DISCLOSURE REPORT

Page 3 of 7

Name of Person Reporting

Millett, Patricia A.

Date of Report

06/04/2013

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Akin Gump Strauss Hauer & Feld LLP partnership capital loan | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Akin Gump Strauss Hauer & Feld LLP Partners' Retirement Plan | C | Interest | L | T | Exempt | | | | |
| 2. | Akin Gump Strauss Hauer & Feld LLP 401(K)Profit Sharing Plan | E | Interest | N | T | | | | | |
| 3. | Pacific Universal Variable Life: Fixed LT Account | A | Interest | J | T | | | | | |
| 4. | U.S. Treasury Bonds | | None | K | T | | | | | |
| 5. | Akin Gump Strauss Hauer & Feld LLP Capital Account | D | None | N | U | | | | | |
| 6. | National Life Group: Whole Life | B | Interest | J | T | | | | | |
| 7. | Wells Fargo Bank — Cash Accounts | A | Interest | M | T | | | | | |
| 8. | 401(K) #1 | F | Int./Div. | M | T | | | | | |
| 9. | - Columbia Acorn Select Fund | | | | | | | | | |
| 10. | - First Eagle Overseas Fund | | | | | | | | | |
| 11. | - FMI Large Cap Fund | | | | | | | | | |
| 12. | - Janus Growth and Income Fund | | | | | | | | | |
| 13. | - Janus Perkins Mid Cap Value Fund | | | | | | | | | |
| 14. | - Keeley Small Cap Value Fund | | | | | | | | | |
| 15. | - Mainstay ICAP Select Equity Fund | | | | | | | | | |
| 16. | - Principal High Yield Fund | | | | | | | | | |
| 17. | - Schroeder U.S. Opportunities Fund | | | | | | | | | |

1. Income Gain Codes:         A =$1,000 or less         B =$1,001 - $2,500         C =$2,501 - $5,000         D =$5,001 - $15,000         E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                      J =$15,000 or less          K =$15,001 - $50,000          L =$50,001 - $100,000          M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                                            P3 =$25,000,001 - $50,000,000                                              P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal                  R =Cost (Real Estate Only)     S =Assessment                  T =Cash Market
(See Column C2)                  U =Book Value                V =Other                          W =Estimated

# FINANCIAL DISCLOSURE REPORT

Page 5 of 7

Name of Person Reporting

Millett, Patricia A.

Date of Report

06/04/2013

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Schwab 1000 Index Fund | | | | | | | | | |
| 19. - TCW Total Return Bond Fund | | | | | | | | | |
| 20. - Wells Fargo Stable Value Fund | | | | | | | | | |
| 21. IRA #1 | F | Int./Div. | N | T | | | | | |
| 22. -Principal Strategic Asset Mgmt. Conservative Balanced Fund | | | | | | | | | |
| 23. - Principal Strategic Asset Mgmt. Conservative Growth Fund | | | | | | | | | |
| 24. American Funds Growth Fund of America 529 Plan | E | Dividend | K | T | | | | | |
| 25. American Funds Income Fund of America 529 Plan | D | Dividend | K | T | | | | | |
| 26. JP Morgan Chase Bank - Health Savings Account | A | Interest | J | T | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes             J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                                    P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal            R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)             U =Book Value           V =Other                      W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, Line 2 - The Akin Gump Strauss Hauer & Feld LLP 401(k) Profit Sharing Plan is maintained and controlled by Akin Gump Strauss Hauer & Feld LLP.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| Page 6 of 7 | Millett, Patricia A. | 06/04/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, Line 2 - The Akin Gump Strauss Hauer & Feld LLP 401(k) Profit Sharing Plan is maintained and controlled by Akin Gump Strauss Hauer & Feld LLP.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Patricia A. Millett

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 210 | 590 | Notes payable to banks-secured | | | |
| U.S. Government securities –Treasury bonds | | 20 | 000 | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 597 | 832 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 187 | 669 |
| Real estate owned – personal residence | | 469 | 980 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 39 | 000 | | | | |
| Cash value–life insurance | | 15 | 153 | | | | |
| Other assets itemize: | | | | | | | |
| Akin Gump capital account | | 387 | 500 | | | | |
| Akin Gump Partners Defined Benefit Plan | | 69 | 155 | | | | |
| Akin Gump 401(k) Profit Sharing Plan | | 276 | 657 | Total liabilities | | 187 | 669 |
| | | | | Net Worth | 1 | 898 | 198 |
| Total Assets | 2 | 085 | 867 | Total liabilities and net worth | 2 | 085 | 867 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |